**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

J.M.T.-G.,

Petitioner,

v.

Warden, IRWIN COUNTY DETENTION CENTER,

Respondent.

Case No. 7:26-cv-374-LAG-ALS

# ORDER

The Court received Petitioner's application for habeas corpus relief under 28 U.S.C. § 2241 on November 19, 2026. (Doc. 1). Having initially reviewed Petitioner's application, the Court finds good cause to extend the time for a response. 28 U.S.C. § 2243. Accordingly, Respondent shall have twenty-one (21) days to file a comprehensive response to said application. Within fourteen (14) days thereafter, Petitioner should file any desired reply. The Court will consider whether to hold an evidentiary hearing once briefing is complete.

**SO ORDERED**, this 20th day of November, 2026.

s/ **ALFREDA L. SHEPPARD**
UNITED STATES MAGISTRATE JUDGE